IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL E. KENNEDY          :
          :
     v.          :     CIVIL NO. CCB-13-2292
          :
UNITED STATES OF AMERICA    :
          ...o0o...

## MEMORANDUM

Plaintiff Michael E. Kennedy filed suit on August 12, 2013, seeking damages allegedly caused by the U.S. Parole Commission's negligent failure to provide him with a parole termination hearing in the years 2010-2012. The government filed a motion to dismiss on November 15, 2013. Despite being granted an extension of time to respond, Kennedy has failed to do so.

The record in this case has been reviewed.[1] Even if Kennedy were correct that the Commission negligently failed to provide him with a hearing he should have received, that would not provide him a cause of action under the Federal Tort Claims Act. *See Stoddard v. U.S. Parole Comm'n*, 900 F. Supp. 2d 38, 41 (D.D.C. 2012); *Pate v. United States*, 328 F. Supp. 2d 62, 76 (D.D.C. 2004).

Accordingly, the motion to dismiss will be granted by separate Order which follows.


January 15, 2014                           /s/
Date                            Catherine C. Blake
                              United States District Judge

---

[1] The court also has reviewed a related case, Civil No. CCB-13-19, dismissing Kennedy's claim for failure to provide an early termination hearing in 2013. A hearing apparently was provided on June 27, 2013, following which the Commission decided to continue supervision. (Gov't Mot. to Dismiss, ECF No. 8, at 4).